UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

Case No.: 1:22-cv-3294

Plaintiff,

-against-

FIVE BELOW, Inc.

Defendants.
-------------------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: September 22, 2022
Hackensack, New Jersey

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

Dated: September 22, 2022
New York, New York

*s/Anthony A. Mingione*

Anthony A. Mingione
Blank Rome, LLP
1271 Avenue of Americas
New York, NY 10020
212.885-5000
Amingione@blankrome.com
*Attorneys for Defendant*

Dated: September 22, 2022
Brooklyn, New York

**SO ORDERED.**

**s/ WFK**

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE